1  J. Grace Felipe (SBN: 190893)
   felipeg@cmtlaw.com
2  Tamar Gabriel (SBN: 266860)
   gabrielt@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   CREDIT CONTROL SERVICES, INC.
7  dba CREDIT COLLECTION SERVICES,
   erroneously sued as CREDIT COLLECTION
8  SERVICES, INC.

9

                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12
   TONYA WILSON,                    )   CASE NO.
13                                  )
              Plaintiff,            )
14                                  )
                                    )
15    vs.                           )
                                    )   **NOTICE OF REMOVAL**
16                                  )
                                    )
17 CREDIT COLLECTION               )
   SERVICES, INC.,                  )
18                                  )
              Defendant.            )
19                                  )
                                    )
20 _____      )

21

22              **<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

23       Defendant CREDIT CONTROL SERVICES, INC. dba CREDIT

24
   COLLECTION SERVICES, erroneously sued as CREDIT COLLECTION
25
   SERVICES, INC. ("Defendant") hereby files this notice of removal under 28
26

27 U.S.C. §1446(a).

28

{00023299;1}                        1

                              NOTICE OF REMOVAL

07933.00

## INTRODUCTION

1. Defendant is CREDIT CONTROL SERVICES, INC. dba CREDIT COLLECTION SERVICES, erroneously sued as CREDIT COLLECTION SERVICES, INC. ("Defendant"); Plaintiff is TONYA WILSON ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on April 18, 2014, in the Superior Court of California, County of Los Angeles, Case No. 14K05458. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

3. On September 22, 2014, Defendant was served with the copy of Plaintiff's Complaint.

4. As Defendant received Plaintiff's Complaint on September 22, 2014, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966.)

### A. BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996.) Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act. It

is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

### B. JURY DEMAND

8. Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

### C. CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

DATED: October 21, 2014        CARLSON & MESSER LLP

By: /s/ Tamar Gabriel
J. Grace Felipe
Tamar Gabriel
Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC.
dba CREDIT COLLECTION SERVICES, erroneously sued as CREDIT COLLECTION SERVICES, INC.

3
NOTICE OF REMOVAL