JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONYA WILSON,** | Case No.: CV 14-8135-DMG (JPRx) |
| Plaintiff, | **ORDER TO DISMISS CASE [15]** |
| vs. | |
| **CREDIT CONTROL SERVICES, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the parties' stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. The parties shall bear their own costs and attorneys' fees.

All scheduled dates and deadlines are VACATED.

DATED: April 21, 2015      _____
                           DOLLY M. GEE
                           UNITED STATES DISTRICT JUDGE